**UNITED STATES DISTRICT COURT**
**District of Minnesota**

Mohammad Jamal Najajrah

Petitioner,

v.

Warden of El Paso Camp East Montana Detention Center, Markwayne Mullin, Todd M. Lyons, David Easterwood, Mary De Anda-Ybarra

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-01963-MJD-DJF

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1 Petitioner Mohammad J. N.'s Petition for Writ of Habeas Corpus **[Doc. 2]** is **GRANTED as follows**:

a. Respondents are ordered to immediately arrange for release of Petitioner at a safe time and in a safe place that is communicated at least two (2) hours in advance to Petitioner's counsel;

b. Respondents are ordered to immediately return all of Petitioner's personal items that were taken from him when he was detained in substantially the same condition as when the items were taken, such as a driver's license, immigration papers, passports, cell phones, and keys; and

c. Respondents are enjoined from imposing any conditions on Petitioner's release other than the conditions in his preexisting Order of Supervision.

2. To the extent Respondents may intend to remove Petitioner to a third country in the future, Respondents are enjoined from doing so without providing Petitioner notice and an opportunity to be heard before an immigration judge pursuant to the protections

detailed in 8 U.S.C. § 1231(b)(3).

3. Within 48 hours of the date of the filing of this Order, Respondents are ordered to file a status update with the Court reporting on their compliance with this Order.

Date: 4/15/2026

KATE M. FOGARTY, CLERK