# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Mohammad J.N.,

          Petitioner,

v.

Markwayne Mullen et al.,

          Respondents.

**ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS**

Civil File No. 26-1963 (MJD/DJF)

---

Karen Venice Bryan, KB Law PLLC, Counsel for Petitioner.

David W. Fuller, Jesus Cruz Rodriguez, Assistant United States Attorneys, Counsel for Respondents.

---

On April 15, 2026, the Court granted Petitioner's Petition for Writ of Habeas Corpus and ordered Respondents to immediately release Petitioner and to return his personal property. [Doc. 15.] On April 16, 2026, Respondents informed the Court that Petitioner had been released from detention on April 15, and on April 22, 2026, Respondents informed the Court that all outstanding property issues had been resolved. [Docs. 17, 18.]

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Petitioner Mohammad N.J.'s Petition for Writ of Habeas Corpus **[Doc. 2]** is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  April 23, 2026

s/Michael J. Davis
Michael J. Davis
United States District Court