# UNITED STATES DISTRICT COURT

## District of Minnesota

Mohammad Jamal Najajrah,

Petitioner(s),

v.

Warden of El Paso Camp East Montana Detention Center, Markwayne Mullin, Todd M. Lyons, David Easterwood and Mary De Anda-Ybarra,

Respondent(s).

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-1963 MJD/DJF

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED THAT:**

Petitioner Mohammad N.J.'s Petition for Writ of Habeas Corpus [Doc. 2] is DISMISSED without prejudice.

Date: 4/23/2026

KATE M. FOGARTY, CLERK